JUL 2 5 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Jane Doe,

                                          Plaintiff,

**STIPULATION AND ORDER OF DISMISSAL**

              -against-

15 Civ. 117 (AJN)(KNF)

City of New York,

                                      Defendants.

------------------------------------------------------------x

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

[Remainder of this page intentionally left blank]

Dated: New York, New York
_July 16_, 2019

| | |
|---|---|
| THE LAW OFFICES OF ALAN S. FUTERFAS<br>*Attorneys for Plaintiff*<br>565 5th Avenue<br>New York, New York<br>(212) 684-8400<br><br>By: _____<br>Alan S. Futerfas<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Carolyn K. Depoian<br>*Senior Counsel* |

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: _July 25_, 2019